UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 07-61288-CIV-DIMITROULEAS

THOMAS E. BERG, JR.,

Magistrate Judge Rosenbaum

    Plaintiff,

v.

RUBIN & DEBSKI, P.A.,

    Defendant.
_____/

### ORDER SCHEDULING MEDIATION

THIS CAUSE is before the Court upon the Mediator, Karen Evans's Motion to Enter Order Scheduling Mediation [DE 19].  The Court has carefully considered the Motion, notes that both parties and the mediator have agreed to the entry of this Order, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Mediator's Motion to Enter Order Scheduling Mediation [DE 19] is hereby **GRANTED**;

2. The mediation conference in this matter shall be held with Mediator Karen Evans, on Wednesday, May 7, 2008 at 2:00 p.m. at Downtown Reporting, Inc., 337 East Las Olas Boulevard, Fort Lauderdale, Florida 3330.;

3. Within five (5) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present.  The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties,

or whether the mediator declared impasse.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida this 2nd day of April, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Karen Evans, Esq.
Donald A. Yarbrough, Esq.
Ivan J. Kopas, Eq.